Probation Form No. 35
(1/92)

Report and Order Terminating Probation /
Supervised Release
Prior to Original Expiration Date

# UNITED STATES DISTRICT COURT
for the
District of Delaware

UNITED STATES OF AMERICA

V.

Crim. No. 04-91M-MPT

Lon L. Hampton

On 5/27/2004 the above named was placed on Probation for a period of 3 years years. He has complied with the rules and regulations of Probation and is no longer in need of Probation supervision. It is accordingly recommended that Lon L. Hampton be discharged from Probation.

Respectfully submitted,

_____
Craig H. Carpenter
Senior U.S. Probation Officer

## ORDER OF THE COURT

Pursuant to the above report, it is ordered that the defendant is discharged from Probation and that the proceedings in the case be terminated.

Date this __13__ day of __December__, 2006.

_____
Mary Pat Thynge
U.S. Magistrate Judge

FILED
DEC 13 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE